UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PLAIT, | |
| Appellant, | CV F-05-343  OWW DLB |
| v. | |
| COLORALL TECHNOLOGIES, etc., et al., | ORDER DISMISSING ACTION WITHOUT PREJUDICE |
| Defendant | |

Pursuant to the Stipulation of the parties, this matter is ordered dismissed without prejudice.

Dated: September 21, 2005          /s/ OLIVER W. WANGER
                                   _____
                                   OLIVER W. WANGER
                                   United States District Judge

1